

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., Charles M. Paschal, Director Region 15, N. L. R. B., New Orleans, La., Edward Wendel, Atty., N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Elliott Moore, Atty., N. L. R. B., for petitioner.

Louis A. Fuselier, Emile C. Ott, Jackson, Miss., for respondent; Fuselier, Hector & Ott, Jackson, Miss., of counsel.

Before GEWIN, BELL and MORGAN, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

J. Glenn Turner, Dallas, Tex., for petitioner-appellant.

Charles D. Boyd, pro se.

Crawford C. Martin, Atty. Gen. of Texas, Lonny F. Zwiener, Asst. Atty. Gen., Nola White, First Asst. Atty. Gen., Alfred Walker, Executive Asst. Atty. Gen., Robert C. Flowers, Asst. Atty. Gen., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

This habeas corpus proceeding involving a state prisoner raises evidentiary procedural matters which do not rise to the level of substantial federal constitutional questions. The district court was therefore correct in denying relief.

Affirmed.